UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00082-MOC-DLH

| | | |
|---|---|---|
| **CAPITAL BANK, N.A.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **HEIDI T. COATES** | ) | |
| **RICKY L. COATES,** | ) | |
| | ) | |
| Defendants. | ) | |

   **THIS MATTER** having come before the court upon Motion for Default Judgment Against Defendants, and it appearing that Default was earlier entered against the defendants by the Clerk of this Court, and it appearing that defendants Ricky L. Coates and Heidi T. Coates are not infants or incompetent persons, and are not in the military service of the United States, and it further appearing that the Judgment sought by plaintiff is for sums certain which are readily determinable and which are in fact due and owing to plaintiff as a matter of law,

   **IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that plaintiff's Motion for Default Judgment Against Defendants (#10) is **GRANTED**, and **JUDGMENT** is **ENTERED** in favor of plaintiff **CAPITAL BANK, N.A.** and against defendants **HEIDI T. COATES and RICKY L. COATES,** both jointly and severally, as follows:

   (1) on plaintiff's First Claim for Relief, the sum of Eighty-Nine Thousand Seven Hundred Forty and 63/100 Dollars ($89,740.63), plus interest at the rate of Sixteen and 02/100 Dollars ($16.02) per day from and after 26 March 2015 until date of entry of judgment and thereafter at the federal judgment rate until paid in full, plus reasonable attorneys' fees in the amount of Thirteen Thousand

Five Hundred Twenty-Eight and 38/100 Dollars ($13,528.38) (fifteen percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on April 23, 2015 (being the amount of $90,189.19)); and

(2) on plaintiff's Second Claim for Relief, the sum of Twenty-Six Thousand One Hundred Forty-Four and 26/100 Dollars ($26,144.26), plus interest at the rate of Five and 16/100 Dollars ($5.16) per day from and after 26 March 2015 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Three Thousand Nine Hundred Forty-Three and 31/100 Dollars ($3,943.31) (fifteen percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on April 23, 2015 (being the amount of $26,288.74)).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff have and recover of defendants Ricky L. Coates and Heidi T. Coates, both jointly and severally, the costs of this action upon making application to the Clerk of this Court.

Signed: July 17, 2015

Max O. Cogburn Jr.
United States District Judge